IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| B.B., a minor, by and through his mother and next friend, OWENA KNOWLES, )<br>)<br>)<br>)<br>Plaintiff,                      )<br>)<br>v.                               )<br>)<br>PAWN CITY, INC., a               )<br>corporation, et al.,            )<br>)<br>Defendants.                     ) | CIVIL ACTION NO.<br>3:06cv715-MHT |

ORDER

It is ORDERED that the motion for leave to amend complaint (doc. no. 2) is granted. The court assumes that the non-movants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 21st day of August, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE