Judicial Association No. 2006-571

# THE BEIJING MUNICIPAL SUPERIOR PEOPLE'S COURT
# PROOF/RECEIPT OF SERVICE

[Seal: The Beijing Municipal Superior People's Court]

| **Cause of Action** | | **Case No.** | (Law Association, 2006) No. 616 |
|---|---|---|---|
| **Documents for Service And Quantity** |  | | |
| **Person/Entity Served On** |  | | |
| **Address for Service** |  | | |
| **Recipient's Signature or Seal** |  | | |
| **Substitute recipient and reason(s) for substitution** |  | | |
| **Note** |  | | |

| | |
|---|---|
| **Cause of Action** | **Case No.**: (Law Association, 2006) No. 616 |
| **Documents for Service And Quantity** | Summary, summons, complaint, one copy each |
| **Person/Entity Served On** | Norico (China North Industries Corporation) |
| **Address for Service** | A12 Guang'an Men, Nan Da Jie, Xuan Wu District (Beijing) |
| **Recipient's Signature or Seal** | Date: |
| **Substitute recipient and reason(s) for substitution** | Wang, Weixin    Staff in the Law Dept. of the corporation<br>Date: June 16, 2006 |
| **Note** | United States |

**Issuer:** *Liu, Juan*          **Server:** *Lu, Jun*

Notes: 1. The service of the criminal proceedings is effected in accordance with Criminal Procedure Code: Section 57; the service of the civil or administrative proceedings is effected in accordance with Civil Procedure Code: Sections 78 and 79.
2. In the case of receiving documents on behalf, the substitute recipient should sign or seal under Substitute Recipient, and indicate his/her relationship to the person served on and the reason(s) for substitution.

北京市___人民法院

(seal: 北京市高级人民法院 送达回证)

SX 2006-571

| 案　　由 | | 案　　号 | (2006法协)字第616号 |
|---|---|---|---|
| 送达文书名称和件数 | 文书概要、传票、诉状各一份 | | |
| 受送达人 | Norinco (China North Industries Corporation) | | |
| 送达地址 | 宣武区广安门南大街A12, 100053 | | |
| 受送达人签名或盖章 | | | 　年　月　日 |
| 代收人及代收理由 | [signature]　06年6月16日 [handwritten note] | | |
| 备　　考 | 美国 | | |

填发人 [signature]　　　送达人 [signature]

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，
　　　按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

Case Name: Bonner v. Pawn City, Inc.
Defendant: Norinco also known as China North Industries Corporation
Court Case No.: CV-05-002

5806-571

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _June 16, 2006_
   - at (place, street, number)
   - *à (localité, rue numéro)* _A.12 Guang'an Men Nan Dajie, Xuan wu District_

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [✓] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* _____
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _Wang Weixin_

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _Staff in the Law Department of the Corporation_

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Documents to be Served, Complaint, Summons - Civil, Motion, Order, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at _Beijing_, the _August 30, 2006_
*Fait à*                , *le*
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Alabama

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | DIVISION OF JUDICIAL ASSISTANCE<br>Ministry of Justice<br>No.10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br><br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
  *(identité et adresse)*     Norinco also known as China North Industries Corporation
                A12 Guang'anmen Nanjie, Xuanwu District,  Beijing 100053, China
                Tel:  (010) 63529988

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
      *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
      *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
      *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Complaint
Summons - Civil
Motion
Order
Translations
Summary of the Documents to be Served

Done at                                                      , the 3/8/06
*Fait à* Minneapolis, Minnesota, U.S.A.          , *le*

Signature and/or stamp.
*Signature et/ou cachet.*



(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*