UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B. B., a minor,[1] by and Through his mother and next friend, OWENA KNOWLES,            )<br>)<br>)<br>)<br>    Plaintiff,            )<br>)<br>v.            )<br>)<br>PAWN CITY, INC.; INTERSTATE ARMS CORPORATION; NORINCO a/k/a CHINA NORTH INDUSTRIES COPORATION, et al.,            )<br>)<br>)<br>)<br>)<br>    Defendants.            ) | CASE NO.:<br>3:06-CV-00715-MHT |

## RULE 7.1 DISCLOSURE STATEMENT

COMES NOW one of the defendants, Interstate Arms Corporation, and discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Order Civil Misc. No. 3047:  Interstate Arms is a closely held private corporation; it has no parent, subsidiary, or affiliate with any shares issued to the public.

Respectfully submitted,

/s/Todd M. Higey
Todd M. Higey
 Ala. Bar No. HIG019
Attorney for Interstate Arms Corporation
ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama  35203-3367
Telephone:  (205) 250-5000
Fax:  (205) 250-5034
E-mail:  todd.higey@arlaw.com

---

[1]    The plaintiff is not a minor: His date of birth was January 4, 1987.

                                      Curt M. Johnson, Esq.
JOHNSON, CALDWELL & MCCOY
117 N. Lanier Avenue, Ste. 201
Lanett, Alabama 36863-2013
Telephone: (334) 644-5101
Fax: (334) 644-5121
E-mail:  cjohnson@jcmlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

James C. Barton, Jr., Esq.
Alan D. Mathis, Esq.
JOHNSTON, BARTON, PROCTOR & POWELL, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

David J. Hodge, Esq.
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

Nick Wooten, Esq.
WOOTEN LAW FIRM, P.C.
P.O. Drawer 290
Lafayette, Alabama 36862

John D. Gleissner, Esq.
ROGERS & ASSOCIATES
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama 35244

                                      /s/Todd M. Higey
                                      Of Counsel