IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| B.B., a minor, by and through his mother and next friend, OWENA KNOWLES, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 3:06cv715-MHT |
| PAWN CITY, INC., a corporation, et al., ) ) ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion for permission to amend answer (doc. no. 11) is granted.  The court assumes that the non-movants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 4th day of December, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE