IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
B.B., a minor, by and        )
through his mother and       )
next friend, OWENA KNOWLES,  )
                             )
    Plaintiff,               )
                             )
                             )    CIVIL ACTION NO.
    v.                       )     3:06cv715-MHT
                             )
PAWN CITY, INC., a           )
corporation, et al.,         )
                             )
    Defendants.              )
```

ORDER

It is ORDERED as follows:

(1) The notice of withdrawal (doc. no. 14) is treated as a motion to withdraw.

(2) The motion to withdraw is granted.

(3) The cross claim at issue is withdrawn.

DONE, this the 14th day of December, 2006.

                           /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE