IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| B.B., a minor, by and through his mother and next friend, OWENA KNOWLES, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAWN CITY, INC., a )<br>corporation, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:06cv715-MHT |

ORDER

It is ORDERED that the motion to extend scheduling order (Doc. No. 18) is denied. The deadlines set forth in the uniform scheduling order (Doc. No. 9) were not only accepted by the parties, they were suggested by the parties in their Rule 26(f) report (Doc. No. 8).

DONE, this the 16th day of February, 2007.

                       /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE