IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| B. B., a minor, by and through his mother and next friend, OWENA KNOWLES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:06-CV-00715-MHT-TFM |
| PAWN CITY, INC., INTERSTATE ARMS CORPORATION, NORINCO a/k/a CHINA NORTH INDUSTRIES CORPORATION, et al | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon of review of *Plaintiff's Motion to Compel Defendant Norinco's Discovery Responses Within Fourteen (14) Days* (Doc. 21, filed February 20, 2007), it is

**ORDERED** that Defendant Norinco show cause why this motion should not be granted on or before **February 28, 2007**.

DONE this 20th day of February, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE