IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
B.B., a minor, by and        )
through his mother and       )
next friend, OWENA KNOWLES,  )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       3:06cv715-MHT
                             )
PAWN CITY, INC., a           )
corporation, et al.,         )
                             )
     Defendants.             )
```

### ORDER

Because of a scheduling conflict, it is ORDERED that the uniform scheduling order is amended to reflect that the pretrial will be on August 8, 2007, with all deadlines tied to the pretrial date adjusted accordingly.

DONE, this the 21st day of February, 2007.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE