IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B. B., a minor, by and through his mother and next friend, OWENA KNOWLES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 3:06-CV-00715-MHT-TFM ) |
| PAWN CITY, INC., INTERSTATE ARMS CORPORATION, NORINCO a/k/a CHINA NORTH INDUSTRIES CORPORATION, et al | ) ) ) ) |
| Defendants. | ) |

### ORDER

Upon of review of *Plaintiff's Motion to Compel Defendant Norinco's Discovery Responses Within Fourteen (14) Days* (Doc. 21, filed February 20, 2007) and *Response of China North Industries Corp. To Show Cause Order Dated February 20, 2007* (Doc. 24, filed February 28, 2007), it is

**ORDERED** that *Plaintiff's Motion to Compel Defendant Norinco's Discovery Responses Within Fourteen (14) Days* (Doc. 21) is **DENIED as moot**.

DONE this 1st day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE