UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B. B., a minor, by and through his mother and next friend, OWENA KNOWLES, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 3:06-cv-00715-MHT |
| PAWN CITY, INC., INTERSTATE ARMS CORP., and NORINCO a/k/a CHINA NORTH INDUSTRIES CORP., et al., ) ) ) ) ) | |
| Defendants. ) | |

**JOINT MOTION FOR SCHEDULING CONFERENCE**

COME NOW the plaintiff and defendant China North Industries Corporation ("Norinco") (collectively "Movants"), and move the Court for a scheduling conference. Movants further request that all deadlines contained in the Uniform Scheduling Order entered on September 11, 2006, be stayed until such scheduling conference takes place. As grounds therefore, the Movants state as follows:

1.   On August 4, 2006, Plaintiff filed with the Circuit Court of Chambers County, Alabama, a Motion for Leave to Amend its Complaint to add as a defendant Qiqihar Hawk Industries ("Hawk"), a Chinese corporation that is the manufacturer of the shotgun made the subject of this action.

2.   On August 10, 2006, Norinco removed this action to this Court pursuant to 28 U.S.C. § 1441(d).

3.   On August 21, 2006, this Court granted Plaintiff's Motion for Leave to Amend its Complaint to add Hawk as a defendant. Attempts to serve Hawk began thereafter.

4.   On September 11, 2006, the Court entered a Uniform Scheduling Order.

5.   The Movants learned today, March 14, 2007, that Hawk has now retained counsel and will soon enter an appearance in this action.

6.   The Movants agree that it is necessary that Hawk be brought into this action as a party and that discovery be had with Hawk prior to any trial of this action.

7.   Accordingly, the Movants request that all deadlines in the Uniform Scheduling Order be stayed until such time as all parties, including Hawk, can confer, develop an amended discovery plan to accommodate the joinder of Hawk as a party, and to submit such amended discovery plan to the Court for approval at a scheduling conference.

8.   The requested stay would not be prejudicial to any party that has appeared in this action. The requested stay is not meant to cause any undue delay for the Court. Rather, the Movants believe that an adjustment to the Uniform Scheduling Order will save the parties and the Court both time and resources.

WHEREFORE, PREMISES CONSIDERED, plaintiff and defendant China North Industries Corporation pray that this Court will enter an Order staying all deadlines in the Uniform Scheduling Order until such time as a scheduling conference can be held with defendant Qiqihar Hawk Industries.

                s/ David J. Hodge
                David J. Hodge
                One of the attorneys for Plaintiff

OF COUNSEL:

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
(205) 322-8880
(205) 328-2711 facsimile

Nick Wooten, Esq.
WOOTEN & CARLTON, P.C.
P.O. Drawer 290
Lafayette, Alabama 36862


                s/ James C. Barton, Jr.
                James C. Barton, Jr. (BAR014)
                Bar Number:  ASB-0237-B51J
                Email: jbartonjr@jbpp.com

                s/ Alan D. Mathis
                Alan D. Mathis (MAT052)
                Bar Number:  ASB-8922-A59M
                Email:  adm@jbpp.com

                Attorneys for defendant
                China North Industries Corp. a/k/a Norinco


**JOHNSTON BARTON PROCTOR & ROSE LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 458-9400
Facsimile:  (205) 458-9500

  **OF COUNSEL**

**CERTIFICATE OF SERVICE**

**I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on March 14, 2007, using the CM/ECF system, which will send notification of such filing to the following:**

John D. Gleissner, Esq.
ROGERS & ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama  35244

Todd M. Higey, Esq.
ADAMS and REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama  35203

Curt M. Johnson, Esq.
JOHNSON CALDWELL & MCCOY
117 N. Lanier Avenue, Suite 201
Lanett, Alabama  36863

**I hereby further certify that I have mailed by United States Postal Service the above and foregoing to the following non-CM/ECF participants:**

Qiqihar Hawk Industries
No. 3 Delong Road
Technique Industrial Development District
Heilong Jiang Proy Province
Peoples Republic of China

s/ Alan D. Mathis
Of Counsel

W0595706.DOC