UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B.B., a minor, by and Through his mother and next friend, OWENA KNOWLES, | ) ) ) ) |
| Plaintiff, | ) CASE NO.: ) 3:06-CV-00715-MHT |
| v. | ) ) |
| PAWN CITY, INC.; INTERSTATE ARMS CORPORATION; NORINCO a/k/a CHINA NORTH INDUSTRIES COPORATION, et al., | ) ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the plaintiffs and the defendant, Interstate Arms Corporation, by and through their counsel, and stipulate to the dismissal of this action against Interstate Arms with prejudice, costs taxed as paid. In support thereof, the plaintiff would show the Court that, being born on January 4, 1987, B.B. has reached the age of majority and, further, that he and Owena Knowles have reached a pro tanto settlement of this matter with Interstate Arms. Accordingly, plaintiffs and Interstate Arms jointly move this Court for a dismissal of this action with prejudice, costs taxed as paid. Plaintiffs' case against all other defendants shall remain pending.

Dated this the 15th day of March 2007.

Respectfully submitted,

_____
David J. Hodge
One of the Attorneys for Plaintiffs

Of Counsel:

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

                                                                          _____
                                                                          Todd M. Higey
                                                                          Attorney for Defendant,
                                                                          Interstate Arms Corporation

Of Counsel:

ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama  35203-3367

## **CERTIFICATE OF SERVICE**

  I hereby certify that on 15 March 2007, I electronically filed the foregoing Joint Stipulation For Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

David J. Hodge, Esq.
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

Nick Wooten, Esq.
WOOTEN LAW FIRM, P.C.
P.O. Drawer 290
Lafayette, Alabama 36862

John D. Gleissner, Esq.
ROGERS & ASSOCIATES
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama 35244

James C. Barton, Jr., Esq.
Alan D. Mathis, Esq.
JOHNSTON, BARTON, PROCTOR & POWELL, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

               /s/Todd M. Higey
               Of Counsel