IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIAN BONNER, a minor, by and through his mother and next friend, OWENA KNOWLES,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **CIVIL ACTIO NO. 2:06-CV-1115-MHT** ) |
| **PAWN CITY, INC, et al.,** | ) ) |
| **Defendants.** | ) |

**CORORATE/CONFLICT DISCLOSRUE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General order No. 3047:

The following entities are hereby reported:

Pawn City, Inc.
Pawn City of Dothan, Inc.

/s/ John D. Gleissner
John Gleissner, Attorney for
Pawn City, Inc.

**OF COUNSEL:**
ROGERS & ASSOCIATES
SUITE 650
3000 RIVERCHASE GALLERIA
BIRMINGHAM, ALABAMA  35244
(205) 982-4620

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been sent to the following:

Chris T. Hellums, Esq.
David J. Hodge, Esq.
Kenneth W. Hooks
Pittman, Hooks, Dutton, Kirby & Hellums, PC
2001 Park Place North
1100 Park Place Tower
Birmingham, AL  35203

Nick Wooten, Esq.
Wooten & Carlton, PC
P.O. Drawer 290
LaFayette, AL  36862

Curt M. Johnson, Esq.
Johnson, Caldwell, & McCoy
117 N. Lanier Avenue, Ste. 201
Lanett, AL  36863

Gilbert C. Steindorff, IV
Haskell, Slaughter, Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Todd M. Higey
Adams & Reese/Lange Simpson, LLP
2100 3rd Avenue North
Suite 1100
Birmingham, AL 35203

Alan D. Mathis
James C. Barton, Jr.
Johnston, Barton, Proctor & Powell, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Suite 2900
Birmingham, AL 35203

by electronic filing on this the 16th day of March, 2007.

                                                  /s/ John D. Gleissner
                                                OF COUNSEL