IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
B.B., a minor, by and        )
through his mother and       )
next friend, OWENA KNOWLES,  )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        3:06cv715-MHT
                             )
PAWN CITY, INC., a           )
corporation, et al.,         )
                             )
    Defendants.              )
```

ORDER

It is ORDERED as follows:

(1) The joint motion for scheduling conference (Doc. No. 26) is granted to the extent that an on-the-record status conference is set for April 3, 2007, at 8:30 a.m.

(2) Counsel for plaintiff is to arrange for the conference to be conducted by telephone.

DONE, this the 16th day of March, 2007.

       /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE