UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B.B., a minor, by and Through his mother and next friend, OWENA KNOWLES,<br><br>Plaintiff,<br><br>v.<br><br>PAWN CITY, INC., INTERSTATE ARMS CORP., and NORINCO a/k/a CHINA NORTH INDUSTRIES CORP., et al.,<br>Defendants. | Case No.: 3:06-cv-00715-MHT |

**DEFENDANT CHINA NORTH INDUSTRIES CORPORATION'S
RESPONSE TO ORDER REQUIRING FILING OF
CORPORATE DISCLOSURE STATEMENT**

Defendant China North Industries Corp. ("Norinco"), by and through its counsel, hereby responds to this Court's Order of March 16, 2007, which requires the filing of a corporate disclosure statement by March 30, 2007.

Norinco is a state-owned, limited liability company as defined by the laws of the People's Republic of China. Norinco is an instrumentality of a foreign state as defined by 28 U.S.C. § 1603(b). Because Norinco is a governmental entity, the requirements of Fed. R. Civ. P. 7.1 and this Court's standing order concerning corporate disclosure statements do not apply to Norinco.

If the Court disagrees with Norinco's interpretation of Fed. R. Civ. P. 7.1 and this Court's standing order, or otherwise requires additional information, Norinco will gladly supplement this response.

Respectfully submitted,

s/ James C. Barton, Jr.
James C. Barton, Jr. (BAR014)
Bar Number: ASB-0237-B51J
Email: jbartonjr@bpp.com

s/ Alan D. Mathis
Alan D. Mathis (MAT052)
Bar Number: ASB-8922-A59M
Email: adm@bpp.com

Attorneys for defendant
China North Industries Corp.

JOHNSTON BARTON PROCTOR & ROSE LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 459-9400
(205) 4589500 (FAX)

    OF COUNSEL

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on March 29, 2007, using the CM/ECF system, which will send notification of such filing to the following:

David J. Hodge, Esq.
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

Nick Wooten, Esq.
WOOTEN & CARLTON, P.C.
P.O. Drawer 290
Lafayette, Alabama  36862

John D. Gleissner, Esq.
ROGERS & ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama  35244

Todd M. Higey, Esq.
ADAMS and REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama  35203

Curt M. Johnson, Esq.
JOHNSON CALDWELL & MCCOY
117 N. Lanier Avenue, Suite 201
Lanett, Alabama  36863

                                              s/ Alan D. Mathis
                                              Of Counsel

W0597263.DOC