IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
B.B., a minor, by and        )
through his mother and       )
next friend, OWENA KNOWLES,  )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )       3:06cv715-MHT
                             )
PAWN CITY, INC., a           )
corporation, et al.,         )
                             )
    Defendants.              )
```

ORDER

Based upon the representations made during an on-the-record status conference on April 3, 2007, it is ORDERED that the uniform scheduling order entered on September 11, 2006 (Doc. No. 9), is vacated. The parties will be required to submit a new Rule 26(f) report, and the court will thereafter entered a new uniform scheduling order.

DONE, this the 4th day of April, 2007.

                                          /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE