UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| B.B., a minor, by and | ) | |
| Through his mother and next friend, | ) | |
| OWENA KNOWLES, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: |
| | ) | 3:06-CV-00715-MHT |
| v. | ) | |
| | ) | |
| PAWN CITY, INC.; NORINCO | ) | |
| a/k/a CHINA NORTH INDUSTRIES | ) | |
| COPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtors, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Hang Zhou Safari Park Co. Ltd.

Respectfully submitted,


/s/Todd M. Higey
Todd M. Higey
 Ala. Bar No. HIG019
Attorney for Qiqihar Hawk
   Industries Co. Ltd.
ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama  35203-3367
Telephone:  (205) 250-5000
Fax:  (205) 250-5034
E-mail:  todd.higey@arlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

David J. Hodge, Esq.
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

James C. Barton, Jr., Esq.
Alan D. Mathis, Esq.
JOHNSTON, BARTON, PROCTOR & POWELL, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

Nick Wooten, Esq.
WOOTEN LAW FIRM, P.C.
P.O. Drawer 290
Lafayette, Alabama 36862

John D. Gleissner, Esq.
ROGERS & ASSOCIATES
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama 35244

/s/Todd M. Higey
Of Counsel