IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
B.B., a minor, by and       )
through his mother and      )
next friend, OWENA KNOWLES, )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )       3:06cv715-MHT
                            )
PAWN CITY, INC., a          )
corporation, et al.,        )
                            )
    Defendants.             )
```

## ORDERED

It is ORDERED that the motion to dismiss (Doc. No. 37) is set for submission, without oral argument, on July 6, 2007, with all briefs and evidentiary materials due by said date.

DONE, this the 15th day of June, 2007.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**