UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| B.B., a minor, by and<br>through his mother and next friend,<br>OWENA KNOWLES, | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Case No.: 3:06-cv-00715-MHT |
| v. | ) <br> ) | |
| PAWN CITY, INC., INTERSTATE<br>ARMS CORP., and NORINCO a/k/a<br>CHINA NORTH INDUSTRIES CORP.,<br>et al., | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

**DEFENDANT CHINA NORTH INDUSTRIES CORPORATION'S
INITIAL RESPONSE TO
QIQIHAR HAWK INDUSTRIES CO. LTD.'S MOTION TO DISMISS**

Pursuant to this Court's Order dated June 15, 2007, defendant China North Industries Corp. ("Norinco"), by and through its counsel, submits this initial response to defendant Qiqihar Hawk Industries Co. Ltd.'s Motion to Dismiss.

Norinco stands by its discovery responses that identified Qiqihar Hawk as the manufacturer of the subject shotgun. Counsel has been advised that Norinco has located documents that appear to confirm those responses. The documents are currently being translated and will be made available to the Court and all counsel of record as soon as the translation has been completed.

Accordingly, Norinco joins in Plaintiff's request "that consideration of Qiqihar Hawk's motion filed on June 12, 2007, be deferred until relevant discovery has been completed." (Plaintiff's Initial Response, Doc. # 41, p. 6.)

Respectfully submitted,

s/ James C. Barton, Jr.
James C. Barton, Jr. (BAR014)
Bar Number:  ASB-0237-B51J
Email: jbartonjr@johnstonbarton.com

s/ Alan D. Mathis
Alan D. Mathis (MAT052)
Bar Number:  ASB-8922-A59M
Email: adm@johnstonbarton.com

Attorneys for defendant
China North Industries Corp.

JOHNSTON BARTON PROCTOR & ROSE LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
(205) 459-9400
(205) 4589500 (FAX)

    OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on July 6, 2007, using the CM/ECF system, which will send notification of such filing to the following:

David J. Hodge, Esq.
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

Nick Wooten, Esq.
WOOTEN & CARLTON, P.C.
P.O. Drawer 290
Lafayette, Alabama 36862

John D. Gleissner, Esq.
ROGERS & ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35244

Todd M. Higey, Esq.
ADAMS and REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203


s/ Alan D. Mathis
Of Counsel

W0608178.DOC