```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

            MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION
```

```
B.B., a minor, by and         )
through his mother and        )
next friend, OWENA KNOWLES,   )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      3:06cv715-MHT
                              )
PAWN CITY, INC., a            )
corporation, et al.,          )
                              )
    Defendants.               )
```

## ORDERED

It is ORDERED that the motion for leave to file amended complaint (Doc. No. 40) is granted. The court assumes that defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven (7) days from the date of this order.

DONE, this the 9th day of July, 2007.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE