UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 3:06-cv-00715-MHT |
| v. ) | |
| ) | |
| PAWN CITY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT CHINA NORTH INDUSTRIES CORPORATION'S ANSWER TO SECOND AMENDED COMPLAINT

Defendant China North Industries Corporation (a.k.a. "Norinco") answers the plaintiff's Second Amended Complaint by adopting and incorporating herein by this reference the responses and defenses contained in its Answer filed with this Court on August 16, 2006.

        s/ James C. Barton, Jr.
        James C. Barton, Jr. (BAR014)
        Bar Number: ASB-0237-B51J
        Email: jbartonjr@johnstonbarton.com

        s/ Alan D. Mathis
        Alan D. Mathis (MAT052)
        Bar Number: ASB-8922-A59M
        Email: adm@johnstonbarton.com

        Attorneys for defendant
        China North Industries Corporation

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
(205) 459-9400
(205) 4589500 (FAX)

    **OF COUNSEL**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on August 2, 2007, using the CM/ECF system, which will send notification of such filing to the following:

David J. Hodge, Esq.
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

Nick Wooten, Esq.
WOOTEN & CARLTON, P.C.
P.O. Drawer 290
Lafayette, Alabama  36862

John D. Gleissner, Esq.
ROGERS & ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama  35244

Todd M. Higey, Esq.
ADAMS and REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama  35203


                                          s/ Alan D. Mathis
                                          Of Counsel

W0611758.DOC