# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **BRIAN BONNER,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | **Case No.: 3:06-cv-00715-MHT** |
| v. ) | |
| ) | |
| **PAWN CITY, INC., et al.,** ) | |
| ) | |
|    Defendants. ) | |

### DEFENDANT CHINA NORTH INDUSTRIES CORPORATION'S SUPPLEMENTAL RESPONSE TO QIQIHAR HAWK INDUSTRIES CO. LTD.'S MOTION TO DISMISS

In support of its Initial Response to Qiqihar Hawk Industries Co. Ltd.'s Motion to Dismiss filed with this Court on July 6, 2007, defendant China North Industries Corp. ("Norinco"), submits the attached documents, which form the basis of Norinco's identification of Qiqihar Hawk as the manufacturer of the subject shotgun in its discovery responses.

Respectfully submitted,

s/ James C. Barton, Jr.
James C. Barton, Jr. (BAR014)
Bar Number: ASB-0237-B51J
Email: jbartonjr@johnstonbarton.com

s/ Alan D. Mathis
Alan D. Mathis (MAT052)
Bar Number: ASB-8922-A59M
Email: adm@johnstonbarton.com

Attorneys for defendant
China North Industries Corp.

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
(205) 459-9400
(205) 4589500 (FAX)

    **OF COUNSEL**

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on August 2, 2007, using the CM/ECF system, which will send notification of such filing to the following:

David J. Hodge, Esq.
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

Nick Wooten, Esq.
WOOTEN & CARLTON, P.C.
P.O. Drawer 290
Lafayette, Alabama  36862

John D. Gleissner, Esq.
ROGERS & ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama  35244

Todd M. Higey, Esq.
ADAMS and REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama  35203

                                                        s/ Alan D. Mathis
                                                        Of Counsel

W0611837.DOC

# 出 口 产 品 检 验 报 告

检验日期：1999.10.25　　　　　　　　　　　代号：ZT/JL/01/16-1

| 出口企业 | 中国．黑龙江雄鹰（集团）股份有限公司 | | |
|---|---|---|---|
| 生产企业 | 中国．齐齐哈尔猎枪有限公司 | | |
| 产品名称 | 规　格　型　号 | | 数　量 |
| 单筒式猎枪 | NORINCO98 | （铜珠） | 1000（支） |
| 单筒式猎枪 | NORINCO98 | （小孔） | 1000（支） |
| 单筒式猎枪 | NORINCO98 | （26″） | 100（支） |
| 出厂日期 | 1999.10 | 本批数量 | 2100（支） |
| 执行标准 | WJ1675—86 | 出厂编号 | 9905 |

检验结论：

按WJ1675—86标准检验结论如下：
1、性能经检验和测试符合标准要求
2、尺寸精度经检验符合标准要求
3、外观经检验符合标准要求
4、射击精度测试符合标准要求

结论：　判定该批产品合格。

| 检验人员 | 马玉涛 | 检验负责人 | 滑婶敏 |
|---|---|---|---|
| 监督检验负责人 | 李培齐 | | |

备注：

## Inspection Report for Export Product

| Date:OCT.25,1999 | | | Code:ZT/JL101/15-1 |
|---|---|---|---|
| Exporter | HEILONGJIANG HAWK CO.LTD(GROUP) | | |
| Manufacturer | Qiqihar Hawk Industries co.,LTD | | |
| Product name | Model/Specification | | Quantity |
| Pump Action Shotgun | NORINCO98(Brace Bead) | | 1000 |
| Pump Action Shotgun | NORINCO98( Rifle Sight) | | 1000 |
| Pump Action Shotgun | NORINCO98(26in) | | 100 |
| Date | Oct,1999 | Quantity | 2100 pcs |
| Standard | WJ1675-86 | S/N | 9905 |
| Inspect Conclusion | According to the standard WJ1675-86,conclusion are as follows:<br>1.Performance meet the requirements<br>2.Maching allowance meet the requirements<br>3.Outlook and fitness meet the requirements<br>4.Pattern meet the requirements<br>Conclusion:<br>The product is up to standard. | | |
| Inspector | | Inspector in charge | |
| Supervisor | | | |

HEILONGJIANG HAWK CO.LTD(GROUP)   (Chop)

Qiqihar Hawk Industries  co.,LTD   (Chop)

Qiqihar Hawk Industries  co.,LTD (Inspection Section)   (Chop)

1999.11.10  9:34  P. 1

TO: 柳花

缅花/11

民用枪械车载（交接）发运清单

合同号 D31990708472-01 成案号 000C44.01~12 合格证号                           运单号

| 箱号 | 产品名称 | 单位 | 数量 | 重量 | 单箱<br>长×宽×高 | 总箱数 | 包装<br>形式 | 枪号<br>附后 | 生产<br>批号 | 车号 333848ч<br>备注 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-0102 | Norinco 98 | 支 | 2169 | 21.6 kg | 280×10×20 | 216箱 | 木箱 | | | 1216 的领领 |
| 0201-0600 | " | " | " | " | " | " | | | | 3,160 |
| 6601-6450 | " | " | " | " | " | " | | | | 016 " |
| | | | | | | | | | | |
| 总计 | | | 21672支 89248kg | | | | | | | |
| 产品表面状态及标记 | 包装盒及包装箱<br>标志 | 发货单位及出厂日期 | | | | | | | | 接收单位（收货人）<br>接收地点 |
| 好，良 | Ramber | 押运员 | | | | | | | | 接货时间及入库号 |
| | | 发货时间 99.11.1 | | | | | | | | |

# Delivery and Receipt

Contract No.D31990728hjz-ql    Invoice No.00524101-14    Cargo No 3338484

| Case No. | Product Name | Single package | | | Quantity of Package | Type of Packing | serial No | Lot No. | Remark |
|---|---|---|---|---|---|---|---|---|---|
| | | Quantity | Weight | L x W x H | | | | | |
| 1---200 | NORINCO98 | 5 pcs | 21kg | 980X310X210 | 200 | | | | Brace Ball |
| 201---400 | NORINCO98 | 5 pcs | 21.4kg | 980X310X210 | 200 | | | | Rifle sight |
| 401---420 | NORINCO98 | 5 pcs | 21.5kg | 980X310X210 | 20 | | | | 26in |
| Total: | | 2100pcs | 8910kg | | 420 | | | | |

| Finish and marks | Package marks | consignee |
|---|---|---|
| | | Consignor<br>Qiqihar Hawk Industries co.,LTD(Sale Section)<br>(Chop)<br>Escort: Yu dezhi, Jiang zhiming<br>Time of delivery:<br>Nov.1,1999 |


北方装备
NORINCO equipment

致： 齐齐哈尔猎枪厂　　　武瑞环

由：北方装备有限责任公司　郭辉

　　武总您好！现接到总部协查枪支的指示，特请贵厂协助查询以下情况的枪支：

Norinco Model 98 12 guage 18 inch barrel shotgun, serial number（枪号） 0016971.

　　烦请工厂同时查询上述枪支的销售记录，

1.该枪是否由贵工厂销售给我公司,如是，销售合同号是多少;

2 该枪出口包装箱的使用说明材料；

3 该枪的设计图纸。

并尽快反馈我司。　谢谢您的协助！



北方装备有限责任公司

2006 年 8 月 21 日

FAX: 010-63522914

To Qiqihar Hawk Industries Co., Ltd
Attn: Miss. Wu Ruihuan
From: NORINCO Equipment Co., Ltd

Miss. Wu,

With the instruction from the head office for the assistance of investigation of shotguns, please help check the relevant information of the following shotgun:

NORINCO Model 98 12 gauge 18 inch barrel shotgun
Serial number: 0016971

Please also check the sales record of the above shotgun:

1. Whether the above gun is sold from your factory to our company? If yes, please let us have the contract number.
2. The usage instructions of the package box for the above gun.
3. The design drawing of the above gun.

Please let us have the reply as soon as possible and thank you for your assistance.

NORINCO Equipment Co., Ltd (Chop)
August 21st 2006
Fax No.:010-63522914

北方装备有限责任公司：

　　经查询，0016971＃Model 98 猎枪是 1999 年 11 月 1 日从我公司发运至广州的，接货人：陈汉良。该批猎枪一共 2100 支，合同号为：D31990728HJE-QL。

　　特此证明。



齐齐哈尔猎枪有限公司

二〇〇六年八月二十一日

To: NORINCO Equipment Co., Ltd

Dear Sir,

After checking, the model 98 shotgun with serial number 0016971 was delivered on November 1st 1999 from our company to Guangzhou with consignee Mr. Chen Hanliang. The contract No. is D31990728HJE-QL under which the total quantity of shotguns is 2100.

We hereby certify.

Qiqihaer Hawk Industries Co., Ltd (Chop)
August 21st 2006