IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| B.B., a minor, by and through his mother and next friend, OWENA KNOWLES, )<br><br>    Plaintiff,<br><br>    v.<br><br>PAWN CITY, INC., a corporation, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)      3:06cv715-MHT<br>)<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 48) is set for submission, without oral argument, on August 21, 2007, with all briefs due by said date.

DONE, this the 7th day of August, 2007.

　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE