OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Middle District of Alabama, Eastern Division

BRIAN BONNER            **SUMMONS IN A CIVIL ACTION**

V.

PAWN CITY, INC., et al.           CASE NUMBER: 3:06-CV-00715

TO:    HEILONGJIANG HAWK GROUP CO. LTD.
        183 Longsha Road
        Qiqihar City, China 161000
        Peoples Republic of China

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY, David Hodge, PITTMAN, DUTTON, KIRBY & HELLUMS, P.C. at 1100 Park Place Tower, 2001 Park Place North, Birmingham, Alabama 35203 an answer to the Complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                         8-8-07
CLERK                                         DATE

_Charlene Campbell_
(By) DEPUTY CLERK

○AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me | Date |
|---|---|
| NAME OF SREVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐         Served personally upon the defendant. Place where served:

☐         Left copies thereof at the defendant's dwelling house or unusual place of abode with a person of suitable age and discretion then residing therein.

Name of the person with whom the summons and complaint were left:

☐         Returned unexecuted:

☐         Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    DATE                                *Signature of Server*

                                                        _____
                                                        *Address of Server*