IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
BRIAN BONNER,                     )
                                  )
     Plaintiff,                   )
                                  )
                                  )     CIVIL ACTION NO.
     v.                           )       3:06cv715-MHT
                                  )
PAWN CITY, INC., a                )
corporation, et al.,              )
                                  )
     Defendants.                  )
```

ORDER

It is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 53) is granted.

(2) The motions to dismiss (Doc. Nos. 37 & 48) are withdrawn.

DONE, this the 14th day of August, 2007.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE