IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN BONNER, a minor, by and through his mother and next friend, OWENA KNOWLES, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CV 3:06-cv-00715-MHT ) |
| CHINA NORTH INDUSTRIES CORP. (NORINCO); QIQIHAR HAWK INDUSTRIES; PAWN CITY, INC. *et al.*, | ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF *PRO TANTO* DISMISAL OF PAWN CITY, INC.**

Plaintiffs and the Defendant Pawn City, Inc., acting by and through their counsel of record, do hereby stipulate and agree to the dismissal, without prejudice, of Pawn City, Inc. as a defendant and as to all claims against Pawn City, Inc. The case remains pending as to all other defendants. There are no countercl aims, cross-claims, or other asserted claims against or involving Pawn City, Inc.

_____
John Gleissner, Attorney for
Pawn City, Inc.

**OF COUNSEL:**
Rogers & Associates

1

Suite 650
3000 Riverchase Galleria
Birmingham, Alabama 35244
(205) 982-4620

/s/ David J. Hodge
David J. Hodge, Attorney for Plaintiffs

**OF COUNSEL:**
Pittman, Hooks, Dutton,
 Kirby & Hellums, PC
2001 Park Place North
1100 Park Place Tower
Birmingham, Al 35203
(205) 322-8880

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to the following:

Nick Wooten, Esq.
Wooten & Carlton, PC
P.O. Drawer 290
LaFayette, AL 36862

Curt M. Johnson, Esq.
Johnson, Caldwell, & McCoy
117 N. Lanier Avenue, Ste. 201
Lanett, AL 36863

Gilbert C. Steindorff, IV
Haskell, Slaughter, Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Todd M. Higey
Adams & Reese/Lange Simpson, LLP
2100 3rd Avenue North
Suite 1100
Birmingham, AL 35203

Alan D. Mathis
James C. Barton, Jr.
Johnston, Barton, Proctor & Powell, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Suite 2900
Birmingham, AL 35203

by electronic filing on this the 19th day of Sept., 2007.

_____
OF COUNSEL

3