IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER, )<br>)<br>   Plaintiff, )<br>) | |
|    v. ) | CIVIL ACTION NO.<br>3:06cv715-MHT |
| )<br>NORINCO a/k/a CHINA NORTH )<br>INDUSTRIES CORP., et al., )<br>)<br>   Defendants. ) | |

ORDER

It is ORDERED that the motion for leave to amend answer (Doc. No. 60) is granted.  The court assumes that the other parties have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 14th day of November, 2007.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE