IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
BRIAN BONNER,                   )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       3:06cv715-MHT
                                )
NORINCO a/k/a CHINA NORTH       )
INDUSTRIES CORP., et al.,       )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that the motion for leave to amend answer (Doc. No. 62) is set for submission, without oral argument, on November 28, 2007, with all briefs due by said date.

DONE, this the 16th day of November, 2007.

                            /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE