IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv715-MHT |
| ) | |
| NORINCO a/k/a CHINA NORTH ) | |
| INDUSTRIES CORP., et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

There being no objection, it is ORDERED that the motion for leave to amend answer (Doc. No. 62) is granted.

DONE, this the 4th day of December, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE