IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN BONNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:06-CV-00715-MHT |
| | ) | |
| PAWN CITY, INC.; et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW Brian Bonner, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☒ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                    Relationship to Party

_____          _____

_____          _____

_____          _____

        Respectfully submitted,

        **s/ David J. Hodge**
        Of Counsel for Brian Bonner
        Bar Number: ASB -4617-I71H
        Pittman Dutton Kirby & Hellums, P.C.
        2001 Park Place North
        1100 Park Place Tower
        Birmingham, Alabama 35203
        (205) 322-8880
        (205) 328-2711 facsimile
        Email:  PHDKH-efiling@pdkhlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **6th** day of **December**, **2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John D. Gleissner, Esq.
ROGER & ASSOCIATES
Suite 650
3000 Riverchase Galleria
Birmingham, Alabama 35244


Todd M. Higey, Esq.
Gilbert C. Steindorff, IV, Esq.
ADAMS AND REESE/LANGE SIMPSON LLP
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

        **s/ David J. Hodge**
        Of Counsel for Brian Bonner