IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv715-MHT |
| ) | |
| NORINCO a/k/a CHINA NORTH ) | |
| INDUSTRIES CORP., et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion to extend (Doc. No. 70) is granted.

DONE, this the 28th day of January, 2008.

                              /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE