UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B.B., a minor, by and Through his mother and next friend, OWENA KNOWLES,<br><br>    Plaintiff,<br><br>v.<br><br>NORINCO a/k/a CHINA NORTH INDUSTRIES CORPORATION, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  CASE NO.:<br>)  3:06-CV-00715-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF CHANGE OF ADDRESS

COMES NOW Todd Higey, as counsel of record for defendant, Qiqihar Hawk Industries Co., Ltd., and hereby gives the Court and the parties notice of change of address. The Court, Clerk of Court, and all parties are respectfully requested to serve the undersigned at the following address:

    RICHARDSONCLEMENT, P.C.
    200 Cahaba Park Circle, Suite 125
    Birmingham, Alabama 35242
    Telephone: 205.572.4100
    Facsimile: 205.572.4199
    Email: tmh@richardsonclement.com

Respectfully submitted,

/s/Todd M. Higey
Todd M. Higey
Ala. Bar No. HIG019
Attorney for Qiqihar Hawk
  Industries Co. Ltd.
RICHARDSONCLEMENT, P.C.
200 Cahaba Park Circle, Ste. 125
Birmingham, Alabama 35242
Telephone: (205) 572-4100
Fax: (205) 572-4199
E-mail: tmh@richardsonclement.com

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

David J. Hodge, Esq.
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

James C. Barton, Jr., Esq.
Alan D. Mathis, Esq.
JOHNSTON, BARTON, PROCTOR & POWELL, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

Nick Wooten, Esq.
WOOTEN LAW FIRM, P.C.
P.O. Drawer 290
Lafayette, Alabama 36862

/s/Todd M. Higey
Of Counsel