UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:06-cv-00715-MHT |
| ) | |
| NORINCO a/k/a ) | |
| CHINA NORTH INDUSTRIES CORP. ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CHINA NORTH INDUSTRIES CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, defendant China North Industries Corporation ("Norinco") moves for summary judgment as to each of Plaintiff's claims against it on the grounds that there is no genuine issue of material fact and Norinco is entitled to judgment as a matter of law. In support of this motion, Norinco relies on the following:

1. The pleadings in this case.

2. The deposition of Plaintiff Brian Bonner, submitted as Exhibit A.

3. The deposition of Owena Kay Knowles, submitted as Exhibit B.

4. The deposition of James Tyler Knowles, submitted as Exhibit C.

5. The deposition of Tyler Knowles, submitted as Exhibit D.

6. The deposition of Chris Dennis, submitted as Exhibit E.

7. The deposition of Bobbie Dennis, submitted as Exhibit F.

8. The Report of John T. Butters, submitted as Exhibit G.

9. A brief in support of this motion, filed contemporaneously herewith.

As the foregoing items affirmatively and without dispute demonstrate, Norinco is entitled to summary judgment as a matter of law.

Respectfully submitted,

s/ James C. Barton, Jr.
James C. Barton, Jr. (BAR014)
Bar Number:  ASB-0237-B51J
Email: jbartonjr@johnstonbarton.com

s/ Alan D. Mathis
Alan D. Mathis (MAT052)
Bar Number:  ASB-8922-A59M
Email:  adm@johnstonbarton.com

Attorneys for defendant
China North Industries Corporation

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama  35209
(205) 458-9400
(205) 458-9500 (FAX)

   **OF COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on February 14, 2008, using the CM/ECF system, which will send notification of such filing to the following:

David J. Hodge, Esq.
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

Nick Wooten, Esq.
WOOTEN & CARLTON, P.C.
P.O. Drawer 290
Lafayette, Alabama  36862

Todd M. Higey, Esq.
RICHARDSONCLEMENT, P.C.
200 Cahaba Park Circle
Suite 125
Birmingham, Alabama  35242

                                              s/ Alan D. Mathis
                                              Of Counsel

W0632599.DOC