IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER,        )<br>)<br>   Plaintiff,   )<br>)<br>   v.          )<br>)<br>NORINCO a/k/a CHINA NORTH )<br>INDUSTRIES CORP., et al., )<br>)<br>   Defendants.  ) | CIVIL ACTION NO.<br>3:06cv715-MHT |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 73) is set for submission, without oral argument, on March 6, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 19th day of February, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE