IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER,                  )<br>                                )<br>     Plaintiff,                )<br>                                )    CIVIL ACTION NO.<br>     v.                         )      3:06cv715-MHT<br>                                )<br>NORINCO a/k/a CHINA NORTH      )<br>INDUSTRIES CORP., et al.,      )<br>                                )<br>     Defendants.                )| |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 76) is set for submission, without oral argument, on March 6, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 20th day of February, 2008.

                                       /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE