UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:06-cv-00715-MHT |
| ) | |
| NORINCO a/k/a ) | |
| CHINA NORTH INDUSTRIES CORP. ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO EXTEND
DEFENDANT CHINA NORTH INDUSTRIES CORPORATION'S
EXPERT DISCLOSURE DEADLINE**

Defendant China North Industries Corporation ("Norinco") respectfully requests the Court to extend the deadline by which Norinco must disclose its expert witnesses under Federal Rule of Civil Procedure 26(a)(2) by sixty days, to bring it in line with the deadline for defendant Qiqihar Hawk Industries Co., Ltd. ("Qiqihar Hawk"). As grounds for this motion Norinco states as follows:

1. Counsel for Norinco has conferred with all other parties to this action as to whether they agree or oppose this motion. All parties, including Plaintiff, agree to the extension request.

2. On July 12, 2007, this Court entered a Scheduling Order (Doc. # 46) setting defendants' expert disclosure deadline for March 3, 2008.

3. On January 25, 2008, defendant Qiqihar Hawk filed an unopposed motion to extend that deadline by sixty days (Doc. # 70).

4.  This Court granted Qiqihar Hawk's motion on January 28, 2008 (Doc. # 71).

5.  Granting Norinco the same extension will provide uniformity and will not interfere with the other deadlines established in the Court's Scheduling Order.

For the foregoing reasons, Norinco respectfully requests that the Court extend Norinco's expert disclosure deadline by sixty days.

Respectfully submitted,

s/ James C. Barton, Jr.
James C. Barton, Jr. (BAR014)
Bar Number:  ASB-0237-B51J
Email: jbartonjr@johnstonbarton.com

s/ Alan D. Mathis
Alan D. Mathis (MAT052)
Bar Number:  ASB-8922-A59M
Email:  adm@johnstonbarton.com

Attorneys for defendant
China North Industries Corporation

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama  35209
(205) 458-9400
(205) 458-9500 (FAX)

**OF COUNSEL**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on February 22, 2008, using the CM/ECF system, which will send notification of such filing to the following:

David J. Hodge, Esq.
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

Nick Wooten, Esq.
WOOTEN & CARLTON, P.C.
P.O. Drawer 290
Lafayette, Alabama  36862

Todd M. Higey, Esq.
RICHARDSONCLEMENT, P.C.
200 Cahaba Park Circle
Suite 125
Birmingham, Alabama  35242

                                            s/ Alan D. Mathis
                                            Of Counsel

W0633182.DOC