IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER,            )<br>                          )<br>    Plaintiff,          )<br>                          )          CIVIL ACTION NO.<br>    v.                    )            3:06cv715-MHT<br>                          )<br>NORINCO a/k/a CHINA NORTH )<br>INDUSTRIES CORP., et al., )<br>                          )<br>    Defendants.           ) | |

ORDER

It is ORDERED that the motion to extend expert disclosure deadline (Doc. No. 79) is granted.

DONE, this the 28th day of February, 2008.

                 /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE