```
            UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   EASTERN DIVISION

BRIAN BONNER,                  )
                               )
    Plaintiff,                 )   CASE NO.:
                               )   3:06-CV-00715-MHT
v.                             )
                               )
NORINCO a/k/a CHINA NORTH      )
INDUSTRIES                     )
CORPORATION, et al.,           )
                               )
    Defendants.                )
```

### DEFENDANT QIQIHAR HAWK'S MOTION
### FOR LEAVE TO FILE REPLY BRIEF

COMES NOW one of the defendants, Qiqihar Hawk Industries Co., Ltd., and hereby moves the Court for leave to file a brief in reply to Plaintiff's Memorandum Brief in Opposition to Qiqihar Hawk's Motion for Summary Judgment. As grounds therefore, Qiqihar states as follows:

1. On February 18, 2008, Qiqihar Hawk filed a joinder in Norinco's Motion for Summary Judgment, by which joinder it expressly adopted and incorporated by reference Norinco's motion, supporting brief and narrative summary of undisputed facts and evidentiary submission. (Doc. 76, Joinder ¶ 2.) By Order of February 20, 2008, the Court directed that said motion would be set for submission, without oral argument, on March 6, 2008, with any opposing brief and evidentiary materials due by

said date.  The Court's order did not provide for the filing of any reply by Qiqihar Hawk.

    2.  On March 6, 2008, the plaintiff submitted his opposition to Qiqihar Hawk's Motion for Summary Judgment, attempting to create a genuine issue of material fact on the question of whether plaintiff was contributorily negligent as a matter of law.  Qiqihar Hawk submits that a careful reading of the undisputed material evidence – even taken in a light most favorable to the plaintiff – reveals that plaintiff was undeniably contributorily negligent as a matter of law.  Qiqihar Hawk would request the opportunity to address in a reply brief the supposed issues of fact raised by the plaintiff.

    WHEREFORE, for the foregoing reasons, Qiqihar Hawk respectfully requests leave to file a reply brief to plaintiff's opposition to its motion for summary judgment.

                              Respectfully submitted,

                          /s/Todd Higey
                          Todd Higey
                          Ala. Bar No. HIG019
                          Attorney for Qiqihar Hawk
                              Industries Co. Ltd.
                          RICHARDSONCLEMENT PC
                          200 Cahaba Park Circle, Suite 125
                          Birmingham, Alabama  35242
                          Telephone:  (205) 572-4100
                          Fax:  (205) 572-4199
                          E-mail:  tmh@richardsonclement.com

CERTIFICATE OF SERVICE

    I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

David J. Hodge, Esq.
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

James C. Barton, Jr., Esq.
Alan D. Mathis, Esq.
**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209

Nick Wooten, Esq.
WOOTEN LAW FIRM, P.C.
P.O. Drawer 290
Lafayette, Alabama 36862

                                          /s/Todd M. Higey
                                          Of Counsel