IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

BRIAN BONNER,                )
                             )
   Plaintiff,                )
                             )
                             )   CIVIL ACTION NO.
v.                           )     3:06cv715-MHT
                             )
NORINCO a/k/a CHINA NORTH    )
INDUSTRIES CORP., et al.,    )
                             )
   Defendants.               )

ORDER

It is ORDERED as follows:

(1) Defendant China North Industries Corporation's motion for leave to file reply brief (Doc. No. 84) is granted.

(2) Said defendant is allowed until March 21, 2008, to file a reply brief.

DONE, this the 7th day of March, 2008.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE