```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION
```

| | |
|---|---|
| BRIAN BONNER,                          )  | |
|                                        )  | |
|     Plaintiff,                         )  | |
|                                        )  | CIVIL ACTION NO. |
|     v.                                 )  | 3:06cv715-MHT |
|                                        )  | |
| NORINCO a/k/a CHINA NORTH              )  | |
| INDUSTRIES CORP., et al.,              )  | |
|                                        )  | |
|     Defendants.                        )  | |

ORDER

It is ORDERED as follows:

(1) Defendant Qiqihar Hawk Industries Co., Ltd.'s motion for leave to file reply brief (Doc. No. 85) is granted.

(2) Said defendant is allowed until March 21, 2008, to file a reply brief.

DONE, this the 12th day of March, 2008.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE