IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER,           ) | |
|     Plaintiff,    ) | |
|                     ) | CIVIL ACTION NO. |
|    v.            ) | 3:06cv715-MHT |
| NORINCO a/k/a CHINA NORTH ) | |
| INDUSTRIES CORP., et al., ) | |
|     Defendants.   ) | |

ORDER

It is ORDERED that the motion to file sur-reply (Doc. No. 90) is granted.

DONE, this the 27th day of March, 2008.

          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE