IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv715-MHT |
| ) | |
| NORINCO a/k/a CHINA NORTH ) | |
| INDUSTRIES CORP., et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion for extension of time for discovery (Doc. No. 93) is denied. The deadline set forth in the uniform scheduling order (Doc. No. 46) was not only accepted by the parties, it was suggested by the parties in their Rule 26(f) report (Doc. No. 42).

DONE, this the 22nd day of May, 2008.

                          /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE