IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>NORINCO a/k/a CHINA NORTH )<br>INDUSTRIES CORP., et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>3:06cv715-MHT |

ORDER

It is ORDERED as follows:

(1) The motion to reconsider (Doc. No. 95) is granted.

(2) The parties are allowed until July 25, 2008, to complete discovery.

DONE, this the 29th day of May, 2008.

                                       /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE