IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-cv-00715-MHT |
| ) | |
| INTERSTATE ARMS CORP., et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the plaintiff, BRIAN BONNER, and by and through undersigned counsel of record and files this Notice Concerning Settlement Conference and Mediation pursuant to Section 3 of this Court's Uniform Scheduling Order dated July 12, 2007.

1. A face to face settlement conference took place between counsel for the Plaintiff and Defendants on June 26, 2008.

2. A settlement was not reached in this matter.

3. Neither counsel for the Plaintiff nor the Defendant feels that mediation will be able to assist the parties in resolving this matter short of a trial.

Respectfully submitted,

**/s/ David J. Hodge**
DAVID J. HODGE
Of Counsel for Plaintiff

**OF COUNSEL:**

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
(205) 322-8880
(205) 328-2711 facsimile

Nick Wooten, Esq.
WOOTEN & CARLTON, P.C.
P.O. Drawer 290
Lafayette, Alabama 36862

## CERTIFICATE OF SERVICE

  I hereby certify that on **1st** day of **July**, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd M. Higey, Esq.
RICHARDSON CLEMENT, P.C.
200 Cahaba Park Circle, Suite 125
Birmingham, AL 35242
*Attorney for Interstate Arms and Qiqihar Hawk*

James C. Barton, Jr., Esq.
Alan D. Mathis, Esq.
JOHNSTON, BARTON, PROCTOR & POWELL, LLP
2900 Regions/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203
*Attorney for Norinco*

                /s/David J. Hodge
                Of Counsel for Plaintiff