IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN BONNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06cv715-MHT |
| | ) | |
| NORINCO a/k/a CHINA NORTH | ) | |
| INDUSTRIES CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

At the request of counsel for the parties, it is
ORDERED that an on-the-record status conference is set
for August 25, 2008, at 10:00 a.m. Defense counsel are
to arrange for the conference to be conducted by
telephone.

DONE, this the 22nd day of August, 2008.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE