IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER, )<br>)<br>    Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv715-MHT |
| ) | |
| NORINCO a/k/a CHINA NORTH )<br>INDUSTRIES CORP., et al., )<br>) | |
|     Defendants. ) | |

### ORDER

Counsel for the parties having indicated to the court during an on-the-record status conference on August 25, 2008, that they will submit a consent to a non-jury trial, and counsel having orally informed the court after said status conference that they also agree to a trial in Montgomery, Alabama, it is ORDERED that the non-jury trial of this cause is continued to November 18, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States

Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 26th day of August, 2008.


        /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**