UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRIAN BONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:06-cv-00715-MHT |
| ) | |
| NORINCO a/k/a ) | |
| CHINA NORTH INDUSTRIES CORP., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO STRIKE JURY DEMAND**

As discussed with this Court during an on-the-record status conference on August 25, 2008, the parties consent to a non-jury trial of this action. Accordingly, the parties move this Court to strike any prior jury demand.

                                       Respectfully submitted,

                                       s/ David J. Hodge
                                       David J. Hodge

                                       Attorney for Plaintiff

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama  35203
(205) 322-8880
(205) 328-2711 (facsimile)

      OF COUNSEL

Nick Wooten, Esq.
WOOTEN & CARLTON, P.C.
P.O. Drawer 290
Lafayette, Alabama  36862
(205) 864-2132
(205) 864-2133 (facsimile)

                                                                                       2

                                                          s/ Todd M. Higey
                                                          Todd M. Higey

                                                          Attorney for Defendant
                                                          Qiqihar Hawk Industries Co.

RICHARDSONCLEMENT, P.C.
200 Cahaba Park Circle, Suite 125
Birmingham, Alabama  35242
(205) 572-4100
(205) 572-4199 (facsimile)

    OF COUNSEL

                                                          s/ Alan D. Mathis
                                                          James C. Barton, Jr.
                                                          Alan D. Mathis

                                                          Attorneys for Defendant Norinco a/k/a
                                                          China North Industries Corporation

JOHNSTON BARTON PROCTOR & ROSE LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama  35209
(205) 458-9400
(205) 458-9500 (facsimile)

    OF COUNSEL

W0658272.DOC