IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
BRIAN BONNER,                      )
                                   )
    Plaintiff,                     )
                                   )
                                   )    CIVIL ACTION NO.
    v.                             )       3:06cv715-MHT
                                   )
NORINCO a/k/a CHINA NORTH          )
INDUSTRIES CORP., et al.,          )
                                   )
    Defendants.                    )
```

## ORDER

It is ORDERED as follows:

(1) The joint motion to strike jury demand (Doc. No. 104) is granted.

(2) The jury demand is struck.

(3) This case shall proceed nonjury.

DONE, this the 28th day of August, 2008.

                          /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE