IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **BRIAN BONNER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06cv715-MHT |
| | ) | (WO) |
| **NORINCO a/k/a CHINA NORTH INDUSTRIES CORP., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion for dismissal (Doc. No. 122) is granted and that defendant Qiqihar Hawk is dismissed without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of February, 2009.

        /s/ Myron H. Thompson  
        UNITED STATES DISTRICT JUDGE